UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by **DD** D.C.

Nov 18, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

CASE NO. **21-60325-CR-SCOLA/SNOW**

18 U.S.C. § 1594(c)
18 U.S.C. § 1591
18 U.S.C. § 1594(d) & (e)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

v.

CANDICE NYEISHA ADAMS and
ENODE JUNIOR DUVERCY,

        Defendants.
_____/

The Grand Jury charges that:

## COUNT 1
### Conspiracy to Commit Sex Trafficking
(18 U.S.C. § 1594(c))

From in or around August 2021, and continuing until on or about August 24, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**CANDICE NYEISHA ADAMS and
ENODE JUNIOR DUVERCY,**

did knowingly and willfully combine, conspire, confederate, and agree with each other to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, and solicit by any means a person, that is, MINOR VICTIM, knowing, in reckless disregard of the fact, and having had a reasonable opportunity to observe the person (MINOR VICTIM), that the person (MINOR VICTIM) had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1), (b)(2), and (c); all in violation of Title 18, United States Code, Section 1594(c).

## COUNT 2
## Sex Trafficking of a Minor
## (18 U.S.C. § 1591)

From in or around August 2021, and continuing until on or about August 24, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**CANDICE NYEISHA ADAMS and
ENODE JUNIOR DUVERCY,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, and solicit by any means a person, that is, MINOR VICTIM, knowing, in reckless disregard of the fact, and having had a reasonable opportunity to observe MINOR VICTIM, that MINOR VICTIM had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c), and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and, by this reference, fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **CANDICE NYEISHA ADAMS and ENODE JUNIOR DUVERCY,** have an interest.

2. Upon conviction of a violation or conspiracy to commit a violation of Title 18, United States Code, Section 1591, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594(d)(1), any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property, and pursuant to Title 18, United States Code, Section 1594(d)(2), any property, real or personal, constituting or derived from, any proceeds that the defendants obtained, directly or indirectly, as a

result of such violation, or any property traceable to such property, also pursuant to Title 18, United States Code, Section 1594(e).

3. The property subject to forfeiture as a result of the alleged offense[s] includes, but is not limited to, the following:

(i) One (1) Samsung Galaxy A71 cellular phone, bearing IMEI number 355181112212062.

All pursuant to Title 18, United States Code, Sections 1594(d)(1), 1594(d)(2), 1594(e)(1) and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

*Thomas J. Mulrhill for*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
M. CATHERINE KOONTZ
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CANDICE NYEISHA ADAMS
and ENODE JUNIOR DUVERCY,

_____ Defendants/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days       [✓]
   - II  6 to 10 days      [ ]
   - III 11 to 20 days     [ ]
   - IV  21 to 60 days     [ ]
   - V   61 days and over  [ ]

   (Check only one)
   - Petty         [ ]
   - Minor         [ ]
   - Misdemeanor   [ ]
   - Felony        [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
M. CATHERINE KOONTZ
Assistant United States Attorney
Court ID No.     A5501929

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CANDICE NYEISHA ADAMS

**Case No:** _____

Count #: 1

Conspiracy to Commit Sex Trafficking of a Minor

18 U.S.C. § 1594(c)

**\*Max.Penalty:** Statutory Maximum of Life imprisonmnet; Minimum of 5 years' supervised release and up to Life; Maximum fine of $250,000

Count #: 2

Sex Trafficking of a Minor

18 U.S.C. §§ 1591(a)(1),(b)(2) and (c)

**\*Max. Penalty:** Statutory Maximum of Life imprisonment with a 10-year Minimum Mandatory Sentence; Minimum of 5 years' supervised release and up to Life; Maximum fine of $250,000

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ENODE JUNIOR DUVERCY

**Case No:** _____

Count #: 1

Conspiracy to Commit Sex Trafficking of a Minor

18 U.S.C. § 1594(c)

**\* Max. Penalty:** Statutory Maximum of Life imprisonmnet; Minimum of 5 years' supervised release and up to Life; Maximum fine of $250,000

Count #: 2

Sex Trafficking of a Minor

18 U.S.C. §§ 1591(a)(1),(b)(2) and (c)

**\*Max. Penalty:** Statutory Maximum of Life imprisonment with a 10-year Minimum Mandatory Sentence; Minimum of 5 years' supervised release and up to Life; Maximum fine of $250,000

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**